IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **EDMOND JOHNSON** | § | |
| | § | |
| | § | **CIVIL NO. 2:07CV-540** |
| **VS.** | § | **JURY DEMANDED** |
| | § | |
| **TEXAS COMMISSION ON** | § | |
| **ENVIRONMENTAL QUALITY** | § | |

## ORDER OF DISMISSAL

On this day came on to be heard the motion of EDMOND JOHNSON, Plaintiff in the above entitled and numbered cause, and TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, Defendant in the above entitled and numbered cause, seeking dismissal of said cause with prejudice. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED, that the above entitled and numbered cause be and the same is dismissed with prejudice.

SIGNED this 25th day of November, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE